FILED
U.S. DISTRICT CLERK'S OFFICE
DISTRICT COURT, E.D.N.Y.
★ FEB 23 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ANTOWINE BUTTS,                          )
                                         )   **ORDER COMPELLING**
                       Plaintiff,        )   **PRODUCTION**
                                         )
         -against-                       )
                                         )   CV-01-2945(NG)(RML)
THE CITY OF NEW YORK; et al.,            )
                                         )
                       Defendants.       )
----------------------------------------X

**WHEREAS**, plaintiff issued a subpoena duces tecum directed to Charles Hynes, Kings County District Attorney, commanding production of the complete file in the matter of People of the State of New York v. Antowine Butts, Ind. 339/98, and

**WHEREAS**, plaintiff provided an authorization pursuant to New York Criminal Procedure Law § 160.50, for release of the records concerning his criminal prosecution, and

**WHEREAS**, the subpoena required the production of the records on or before December 2, 2005, and

**WHEREAS**, the records have not been produced to date, and

**WHEREAS**, it appearing that said records have not been located,

**NOW, THEREFORE, IT IS HEREBY ORDERED**, that the Kings County District Attorney shall produce the records for inspection as demanded in the subpoena duces tecum on or before February 23, 2006 (RML), and

**IT IS FURTHER ORDERED**, that if the records are not produced on or before February 28, 2006 (RML), that the Kings County District Attorney shall submit sworn affidavit(s) to counsel for plaintiff and defendants, by person(s) with actual knowledge, setting forth the following matters:

1

(1) A detailed account of the efforts made to locate the subject records, including the identities of all persons involved and their actual involvement;

(2) A description of all records relating to the location of the subject records;

(3) The identity of the person(s) who conducted the actual physical search for the subject records and the location(s) of that search;

(3) The identity of the last person known to have been in possession of the subject records, and the location of the records at that time.

Dated: Brooklyn, New York
February 15, 2006

SO ORDERED:

/s/

ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE

2

THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558    FAX:(212)571-7767

February 15, 2006

**BY FAX TO (718)260-2647**
Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Butts v. NYC, et al.*
                01 Civ. 2945(NG)(RML)

Dear Judge Levy:

      Pursuant to the conference with the Court on February 9, 2006, I have prepared the enclosed proposed Order Compelling Production of the case file subpoenaed from the Kings County District Attorney in this case. Defendants' counsel, Ms. Frommer, consents to the form of the order, and plaintiff respectfully requests that Your Honor issue the Order.

                                            Respectfully submitted,

                                            Michael L. Spiegel
                                            [MS 0856]

MLS:ms

cc:    A.C.C. Hillary Frommer (by fax)
        Bruce A. Barket, Esq. (by fax)

# FAX TRANSMISSION

The Law Offices of
## MICHAEL L. SPIEGEL
111 BROADWAY, 13TH FLOOR
NEW YORK, NY 10006
(212) 587-8558
FAX: (212) 571-7767

**To:** Hon. Robert M. Levy

**Fax #:** (718) 613-2345

**From:** Lauren Stephens-Davidowitz
Legal Assistant

**Subject:** Butts v. NYC, et al.
01 Civ. 2945 (NG)(RML)

**Date:** February 15, 2006

**Pages:** 4, including this cover sheet

COMMENTS:

Please see the attached letter from Mr. Spiegel forwarding a proposed Order Compelling Production of the case file subpoenaed from the Kings County District Attorney.

**CONFIDENTIALITY** -- The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from an attorney or his agent relating to pending legal matters and, as such, is intended to be **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original to us by mail. Thank you.