UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANTOWINE BUTTS,

                               Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------ x

**NOTICE OF MOTION**

01 CV 2945(BMC)(RML)

**PLEASE TAKE NOTICE** that upon the annexed 56.1 Statement, dated November 9, 2006; the Declaration of Hillary A. Frommer, dated November 9, 2006 and the exhibits attached thereto; the Memorandum of Law, dated November 9, 2006; and all of the pleadings and papers heretofore had herein, the undersigned will move this Court, before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order, pursuant to the Federal Rule of Civil Procedure 56, granting the motion for summary judgment by defendants City, Schulman, Hunter, Scarcella, Chmil, Rice, Frank, and Getzler to dismiss the Amended Complaint in its entirety with prejudice on the grounds that: (1) plaintiff has voluntarily dismissed all federal claims against the City of New York and all claims against defendants Frank and Getzler; (2) plaintiff's false arrest claim is barred by the statute of limitations; (3) the false arrest claim fails because probable cause existed for plaintiff's arrest; (4) the malicious prosecution claim fails because plaintiff cannot overcome the presumption of probable cause established by the Grand Jury Indictment; (5) Defendants Schulman, Hunter, Scarcella, and Chmil are entitled to qualified immunity; (6) plaintiff's claims against defendant Rice is barred by the Eleventh Amendment and defendant

Rice is entitled to absolute prosecutorial immunity and qualified immunity; (7) plaintiff cannot state a claim for denial of legal representation; and (8) plaintiff's state law claims fail as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition papers, if any, shall be served upon counsel for defendants on or before December 11, 2006; and

**PLEASE TAKE FURTHER NOTICE** that defendants' reply papers, if any, shall be served upon plaintiff on or before December 26, 2006.

Dated: New York, New York
November 9, 2006

    MICHAEL A. CARDOZO
    Corporation Counsel of the City of New York
    Attorney for Defendants City, Schulman, Hunter, Scarcella, Chmil, Rice, Frank, and Getzler
    100 Church Street
    Room 3-212
    New York, New York 10007
    (212) 788-0823

    By: _[signature]_
    Hillary A. Frommer (HF 9286)
    Assistant Corporation Counsel

TO: Michael L. Spiegel, Esq.
    111 Broadway, Suite 1305
    New York, New York 10006

# DECLARATION OF SERVICE

Hillary A. Frommer declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct: On November 13, 2006, I served the annexed **Notice of Motion, Defendants' Statement of Uncontested Facts Pursuant to Local Rule 56.1, the Declaration of Hillary A. Frommer and all of the exhibits attached thereto** upon Michael L. Spiegel, Attorney for the plaintiff, Antowine Butts, herein, by depositing a copy of same, enclosed in a first class, postpaid properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said attorney at:

>Michael L. Spiegel, Esq.
>111 Broadway
>New York, NY 10006
>Tel. No. (212) 587-8558

being the address designated by said attorney for that purpose.


Dated: New York, New York
       November 13, 2006

_____
Hillary A. Frommer

1