THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558     FAX:(212)571-7767

March 22, 2007

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Antowine Butts v. The City of New York, et al.*
01 Civ. 2945 (BMC)

Dear Judge Cogan:

I write concerning the filing under seal of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, including the Memorandum of Law, the Rule 56.1 Statement, and the Declaration of Michael L. Spiegel (collectively, the "Brief").

The Brief includes portions of, and discusses, the King County grand jury testimony which produced the indictment of plaintiff. Evidence concerning other individuals was also presented to the grand jury, but the grand jury did not indict them. In addition to referencing the grand jury testimony, the Brief mentions these individuals.

When Magistrate Judge Levy released the grand jury transcript to the parties, it was under a strict protective order. It has also been defendants' request that all references to the grand jury proceeding be filed under seal. Therefore, plaintiff has filed the Brief under seal.

Respectfully submitted,

Michael L. Spiegel [MS0856]

cc: Hillary Frommer, Esq., Ass't Corp. Counsel
Bruce A. Barket, Esq.