THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558    FAX:(212)571-7767

July 2, 2007

**BY ECF and FAX TO (212)788-9776**
Hillary A. Frommer, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church St., Room 3-212
New York, NY 10007

    Re:   *Antowine Butts v. NYC, et al.*
           01 Civ. 2945 (BMC) (RML)

Dear Ms. Frommer:

    Plaintiff Antowine Butts accepts the City's offer to settle this case for $220,000.00.

                                        Very truly yours,

                                        Michael L. Spiegel
                                        [MS 0856]

MLS:ms

cc:    Bruce A. Barket, Esq.